**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEMAN BROTHERS & ASSOC., INC., | Case No. CV 16-1634 DMG (AJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARSONS INTERNATIONAL, INC., et al., | |
| Defendants. | |

This Court having granted the motion by Plaintiff Neman Brothers & Assoc., Inc. for summary judgment by order dated December 15, 2016,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendant Marsons International, Inc. in the following amount: $18,560 plus attorneys' fees and costs. Additionally, Plaintiff is entitled to post-judgment interest at the statutory rate. *See* 28 U.S.C. § 1961(a).

Plaintiff must submit any motion for attorneys' fees and cost by December 30, 2016. *See* Doc. # 62.

**IT IS SO ORDERED.**

DATED:  December 21, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE